PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 16-NOV-2004 FOR: 2001Z00320/001 PAGE: 1 OF 3

DEBTOR: Huff, Paul J.
COURT NUMBER: 00-338 PAM/RLE PRIORITY CODE: 02
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6A | 27-FEB-2001 | OT/A | c of c/huff | | 80014502 | $100.00 | 21-JUN-2001 | $7,803.69 |
| 0003 | PMNT | 6A | 27-FEB-2001 | OT/A | c of c/huff | | 10026502 | $275.00 | 21-JUN-2001 | $7,528.69 |
| 0004 | PMNT | 6A | 16-MAY-2001 | OT/A | c of c/huff | | 400 240366 | $100.00 | 21-JUN-2001 | $7,495.86 |
| 0007 | PMNT | 6A | 20-SEP-2001 | CH/A | clerk | | 400242493 | $430.00 | 21-SEP-2001 | $7,173.63 |
| 0008 | PMNT | 6A | 31-OCT-2001 | CH/A | Clerk of court | | 400 253331 | $300.00 | 05-NOV-2001 | $6,906.21 |
| 0010 | PMNT | 6A | 05-MAR-2002 | CH/A | Clerk of court | | 400 255278 | $300.00 | 06-MAR-2002 | $6,700.82 |
| 0012 | PMNT | 6A | 28-MAY-2002 | OT/A | P. HUFF | | 400 256667 | $100.00 | 03-JUN-2002 | $6,661.24 |
| 0013 | PMNT | 6A | 28-MAY-2002 | OT/A | P. HUFF | | 400 256668 | $500.00 | 03-JUN-2002 | $6,161.24 |
| 0017 | PMNT | 6A | 05-MAY-2003 | OT/A | QWest | | 400266888 | $106.00 | 06-MAY-2003 | $6,275.44 |
| 0018 | PMNT | 6A | 20-MAY-2003 | OT/A | Qwest | | 400267179 | $248.82 | 21-MAY-2003 | $6,036.08 |
| 0019 | PMNT | 6A | 02-JUN-2003 | OT/A | Huff | | 400267454 | $249.00 | 02-JUN-2003 | $5,794.87 |
| 0020 | PMNT | 6A | 16-JUN-2003 | OT/A | Qwest | | 400267748 | $237.47 | 17-JUN-2003 | $5,565.35 |
| 0021 | PMNT | 6A | 03-JUL-2003 | CL/A | Qwest | | 400267997 | $259.12 | 07-JUL-2003 | $5,315.38 |
| 0022 | PMNT | 6A | 14-JUL-2003 | CL/A | Qwest | | 400268383 | $620.37 | 14-JUL-2003 | $4,700.57 |
| 0023 | PMNT | 6A | 28-JUL-2003 | CL/A | Huff | | 700428239 | $274.01 | 29-JUL-2003 | $4,432.55 |
| 0024 | PMNT | 6A | 11-AUG-2003 | GC/H | qwest | | 400268756 | $318.98 | 13-AUG-2003 | $4,119.08 |
| 0025 | PMNT | 6A | 25-AUG-2003 | GC/H | Qwest | | 400269085 | $292.22 | 27-AUG-2003 | $3,831.81 |
| 0026 | PMNT | 6A | 08-SEP-2003 | GC/H | Qwest | | 400269276 | $371.97 | 09-SEP-2003 | $3,464.27 |
| 0027 | PMNT | 6A | 22-SEP-2003 | GC/H | Qwest | | 400269544 | $384.43 | 29-SEP-2003 | $3,083.62 |
| 0028 | PMNT | 6A | 06-OCT-2003 | GC/H | Qwest | | 400269807 | $219.24 | 06-OCT-2003 | $2,867.48 |
| 0029 | PMNT | 6A | 20-OCT-2003 | GC/H | Qwest | | 400270279 | $272.43 | 21-OCT-2003 | $2,597.77 |
| 0030 | PMNT | 6A | 06-NOV-2003 | GC/H | Qwest | | 400270608 | $282.33 | 06-NOV-2003 | $2,318.16 |
| 0031 | PMNT | 6A | 17-NOV-2003 | GC/H | Qwest | | 400270744 | $243.51 | 18-NOV-2003 | $2,076.02 |
| 0032 | PMNT | 6A | 05-DEC-2003 | GC/H | Qwest | | 400271134 | $152.52 | 05-DEC-2003 | $1,925.19 |
| 0033 | PMNT | 6A | 15-MAR-2004 | GC/H | Qwest | | 400273049 | $104.12 | 16-MAR-2004 | $1,828.59 |
| 0034 | PMNT | 6A | 22-MAR-2004 | GC/H | Qwest | | 400273170 | $291.93 | 23-MAR-2004 | $1,537.09 |
| 0035 | PMNT | 6A | 05-APR-2004 | GC/H | Qwest | | 700431141 | $280.16 | 06-APR-2004 | $1,257.28 |
| 0036 | PMNT | 6A | 20-APR-2004 | GC/H | Qwest | | 400273823 | $136.75 | 20-APR-2004 | $1,120.53 |
| 0037 | PMNT | 6A | 03-MAY-2004 | GC/H | Qwest | | 400274005 | $202.66 | 04-MAY-2004 | $917.87 |
| 0038 | PMNT | 6A | 17-MAY-2004 | GC/H | Qwest | | 400274326 | $147.38 | 18-MAY-2004 | $770.49 |
| 0039 | PMNT | 6A | 01-JUN-2004 | GC/H | Qwest | | 400274560 | $89.91 | 02-JUN-2004 | $680.58 |
| 0040 | PMNT | 6A | 14-JUN-2004 | GC/H | Qwest | | 400274811 | $60.70 | 14-JUN-2004 | $619.88 |
| 0041 | PMNT | 6A | 28-JUN-2004 | GC/H | Qwest | | 400275058 | $25.04 | 29-JUN-2004 | $594.84 |
| 0042 | PMNT | 6A | 12-JUL-2004 | GC/H | Qwest | | 400275284 | $44.00 | 13-JUL-2004 | $550.84 |
| 0043 | PMNT | 6A | 26-JUL-2004 | GC/H | Qwest | | 400275709 | $87.82 | 26-JUL-2004 | $463.02 |
| 0044 | PMNT | 6A | 10-AUG-2004 | GC/H | Qwest | | 400276017 | $189.70 | 10-AUG-2004 | $273.32 |
| 0046 | PMNT | 9 | 24-AUG-2004 | GC/H | Qwest | | 400276305 | $68.01 | 27-AUG-2004 | $25.95 |
| 0054 | PMNT | 9 | 18-OCT-2004 | GC/H | Qwest | | 400277428 | $8.08 | 19-OCT-2004 | $17.87 |
| 0055 | PMNT | 9 | 13-NOV-2004 | CL/A | Qwest | | 400277850 | $17.87 | 16-NOV-2004 | $0.00 |

Total Payments for Debtor: $8,391.55